Niagara Ferry and Transportation Company, Inc., Respondent, v. Eagle Star and British Dominions Insurance Company et al., Appellants.

(Argued October 6, 1930; decided October 21, 1930.)

*Forrest E. Single, Harry J. Kelly, Frank H. Gerrodette* and *Wilmer H. Eberly* for appellants.

*Ray M. Stanley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.